UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:10-cr-406-T-17TGW

EMILIO PEREZ LOPEZ

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following firearm and ammunition:

(a)     Llama, Model 1911, 9 mm handgun, serial no. B16917;

(b)     2 rounds of Remington 9 mm ammunition; and

(c)     2 rounds of Winchester-Western 9 mm ammunition.

Being fully advised in the premises, the Court finds that on December 20, 2011, the forfeiture of the firearm and ammunition was included in the Judgment in a Criminal Case, forfeiting to the United States all right, title, and interest of defendant Lopez in the firearm and ammunition. Docs. 68 and 69.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

website, www.forfeiture.gov, from May 11, 2012 through June 9, 2012. Doc. 41. The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Lopez, whose interest was forfeited to the United States in the Judgment in a Criminal Case, is known to have an interest in the firearm and ammunition. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the firearm and ammunition is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 18th day of September, 2012.

*[signature]*
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE